Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR06-5631RBL |
| Plaintiff, ) | |
| v. ) | ORDER TO SEAL |
| LISA LELAND, ) | |
| Defendant. ) | |

Having read the Government's Notice of Related Case in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Notice of Related Case and all responses and replies be allowed to remain under seal,

It is hereby ORDERED that the Government's Notice of Related Case and all responses and replies in this matter shall remain sealed.

DATED this 28th day of March, 2007.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Ronald J. Friedman*
RONALD J. FRIEDMAN
Assistant United States Attorney

[PROPOSED] Order to Seal - 1
U.S. v. LELAND, CR06-5631RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970